JOSEPH SCHULTZ & CO., INC., Respondent, v. CAMDEN FIRE INSURANCE ASSOCIATION, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Glennon, Cohn, Callahan and Shientag, JJ. [See 279 App. Div. 576.]

∎

JOSEPH F. MURPHY, Appellant, v. NEW YORK, NEW HAVEN & HARTFORD RAILROAD CO. et al., Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Glennon, Cohn, Callahan and Shientag, JJ.

∎

PERFECT DIAMOND CUTTERS, INC., Respondent, v. KELLER DIAMOND CORP. et al., Appellants.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Peck, P. J., Glennon, Cohn, Callahan and Shientag, JJ.

∎

A. M. E. I. C. AMERICAN ERETZ ISRAEL CORPORATION, Respondent, v. HERBERT DANN ASSOCIATES INCORPORATED, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Glennon, Cohn, Callahan and Shientag, JJ.

∎

DOROTHY HONIGSBERG, Plaintiff, v. PHILIP MYER et al., Defendants. SAMUEL SCHELLER, as Executor of JULIUS MYER, Deceased, Defendant and Third-Party Plaintiff-Appellant, v. LUCILLE B. HOWARD, Individually and Doing Business as DRESDEN NURSING HOME, Third-Party Defendant-Respondent.— Order, and judgment entered thereon, unanimously reversed, with costs to third-party plaintiff-appellant and third-party defendant's motion denied. Although the complaint alleges lack of knowledge on the part of nursing home, the third-party defendant, as well as on the part of the plaintiff, as to the propensities of the decedent, plaintiff may not be required to prove lack of knowledge on the part of the nursing home to make out a cause of action against the decedent's estate, and the third-party defendant might be liable over to the estate for plaintiff's claim against the estate. The third-party complaint should not have been dismissed on motion. Settle order on notice. Present — Peck, P. J., Glennon, Cohn, Callahan and Shientag, JJ.

∎

FRANK M. SWACKER, Appellant, v. HUGH F. O'DONNELL, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Glennon, Cohn, Callahan and Shientag, JJ. [See post, p. 940.]

∎

In the Matter of the Arbitration between THE BERWICK CO., INC., Respondent, and STERN, MORGENTHAU & CO., INC., Appellant.— Judgment and orders unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Glennon, Cohn, Callahan and Shientag, JJ.

∎

MARY CULLINAN et al., Respondents, v. 61 RIVERSIDE DRIVE CORPORATION, Defendant, and WEST CONTRACTING CO., INC., Appellant.— Judgment affirmed, with costs. No opinion. Present — Peck, P. J., Glennon, Cohn, Callahan and Shientag, JJ.; Callahan, J., dissents and votes to reverse and dismiss the complaint as to West Contracting Co., Inc., on the ground that there was insufficient proof of said defendant's negligence.